```
                        ANDREA E. CELLI
                    CHAPTER 13 STANDING TRUSTEE


 TO: MARIE R SOUFFRANT
     714 MYRTLE AVENUE
     ALBANY NY                          CASE NO.: 10-11726

     12208

     RICHARD WEISKOPF
     C/O O'CONNELL & ARONOWITZ
     54 STATE STREET
     ALBANY, NEW YORK
     12207


                       NOTICE OF CLAIMS FILED

      FOLLOWING IS A LIST OF ALL CLAIMS FILED IN THE ABOVE
 REFERENCED CHAPTER 13 BANKRUPTCY CASE.  A COPY OF THIS REPORT
 HAS BEEN SENT TO THE DEBTOR AND THE DEBTOR'S ATTORNEY.
```

| NAME/ACCT NO. | TYPE | CLAIM AMT | INTEREST |
|---|---|---|---|
| CARRINGTON MORTGAGE SER. 1003 | MORTGAGE A | 4,859.64 | 5.00 % |
| GMAC MORTGAGE, LLC 8845 | MORTGAGE A | 19,459.91 | 5.00 % |
| STATEBRIDGE MORTGAGE 5761 | MORTGAGE A | 12,206.53 | .00 % |
| BAC HOME LOAN SERVICING, 0407 | MORTGAGE A | 31,982.40 | 5.00 % |
| TOYOTA MOTOR CREDIT CORP. 02-50106159 | VEHICLE AR | 139.78 | .00 % |
| TOYOTA MOTOR CREDIT CORP. 7040226220202 | UNSECURED | .00 | .00 % |
| DOUGLAS HOGDON | PRIORITY | .00 | .00 % |
| JAROD BALL | PRIORITY | .00 | .00 % |
| KAJAH WILSON | PRIORITY | .00 | .00 % |
| KRISTOPHER RADDER | PRIORITY | .00 | .00 % |

| Creditor | Type | Amount | Rate |
|---|---|---:|---:|
| RICHARD ABBOTT | PRIORITY | .00 | .00 % |
| WILLIAM LACY | PRIORITY | .00 | .00 % |
| OVERTON RUSSELL AND DOER 3080 | UNSECURED | .00 | .00 % |
| CITIFINANCIAL, INC 1509 | UNSECURED | 4,298.72 | .00 % |
| HSBC BANK NEVADA, NA 5734 | UNSECURED | 1,833.92 | .00 % |
| HSBC BANK NEVADA, NA 0002 | UNSECURED | 4,894.61 | .00 % |
| MUNICIPAL CREDIT UNION 3913 | UNSECURED | .00 | .00 % |
| GMAC MORTGAGE | NOTICE ONL | .00 | .00 % |
| HOME LOAN SERVICES | NOTICE ONL | .00 | .00 % |
| HOME LOAN SERVICES | NOTICE ONL | .00 | .00 % |
| PRA RECEIVABLES/PORTFOLIO | NOTICE ONL | .00 | .00 % |
| UNITED STATES TREASURY 0761 | PRIORITY | .00 | .00 % |
| BAC HOME LOAN SERVICING L | NOTICE ONL | .00 | .00 % |
| GMAC MORTGAGE | | .00 | .00 % |
| CITIFINANCIAL INC | NOTICE ONL | .00 | .00 % |

```
                         TOTALS

    TOTAL PRIORITY: $            .00      DEBTORS MONTHLY PAYMENT

    TOTAL SECURED : $      68,648.26      $    500.00   MONTHLY

    TOTAL UNSEC.  : $      11,027.25


    TOTAL FILED   : $      79,675.51
```

---

     This Notice of Claims Filed is being sent to you at this time since the time for creditors to file a Proof of Claim has expired.  Pursuant to 11 U.S.C. 502(a), the claims noted above are deemed allowed unless an objection is made by the debtor or other parties interested.  Distribution will be remitted to each creditor based on the filed claim amount unless you or your attorney files a written objection with the Court AND the Trustee within 90 days from the date of this notice.  All written objections must be in compliance with Rule 9014 which mandates NOTICE OF MOTION form.

DATE: Apr 28, 2011                SIGNED: /s/ Andrea E. Celli
      ---------------                     ----------------------

                        CERTIFICATION OF MAILING

The undersigned hereby certifies that a copy of this Notice was mailed this date to the debtor and the debtor's attorney.

DATE: Apr 28, 2011                SIGNED /s/ MEG DELLARATTA
      ----------------                    ----------------------